1
2
3
4
5
6
7
8
9
10                    **UNITED STATES DISTRICT COURT**
11                    **CENTRAL DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| 13  JARED ANDRESEN, an individual; YEGHIA BEKIARIAN, an individual; and JOHN DUFFY, and individual, | **CASE NO. 2:13-cv-02079-CAS-AJW** |
| 14 | |
| 15 | *[Assigned to Courtroom 218-J/5 – Honorable Christina A. Snyder, Judge, for all Purposes]* |
| 16                Plaintiffs, | |
| 17        v. | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| 18  INTERNATIONAL PAPER COMPANY dba CONTAINER THE AMERICAS, a New York Corporation; and DOES 1 through 50; inclusive, | |
| 19 | |
| 20 | |
| 21                Defendants. | |

22
23
24
25
26
27
28

-1-

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER

CASE NO. 2:13-cv-02079-CAS-AJW

-2-

## **ORDER**

Having considered the parties' Stipulated Protective Order, the Court issues the following order**:**

    1.    It is hereby ORDERED that this Protective Order is entered in this case in accordance with the Stipulation of the parties.

Dated:  June 2, 2014

_____
The Honorable Andrew J. Wistrich
United States Magistrate Judge