**WINSTON & STRAWN LLP**
MARCUS A. TORRANO (BAR NO. 138874)
AMY McGINNIS GILLINGER (BAR NO. 240619)
EMILIE C. WOODHEAD (BAR NO. 240464)
JASON S. CAMPBELL (BAR NO. 285044)
333 S. Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone: 213.615-1700
Facsimile: 213.615-1750
mtorrano@winston.com
agillinger@winston.com
ewoodhead@winston.com
jscampbell@winston.com

Attorneys for Defendant
INTERNATIONAL PAPER COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FARRIS, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERNATIONAL PAPER INC., and DOES 1 through 100,<br><br>  Defendants and Third Party Plaintiff,<br><br>  v.<br><br>YEGHIA (AKA LEE) BEKIARIAN,<br><br>  Third Party Defendant.<br><br>Related to:<br><br>JARED ANDRESEN, an individual, YEGHIA BEKIARIAN, an individual, and JOHN DUFFY, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERNATIONAL PAPER COMPANY, dba CONTAINER THE AMERICAS, a New York Corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. EDCV13-0485-CAS (SPx); *Related to* No. CV13-2079-CAS (AJWx)<br><br>[*Assigned to Courtroom 218-J/5 – Honorable Christina A. Snyder, Judge, for all Purposes*]<br><br>[PROPOSED] JUDGMENT<br><br>Third Party Complaint filed: 5/30/14 |

[PROPOSED] JUDGMENT

WHEREAS on December 2, 2014, the above-captioned consolidated actions came on for trial before the above-entitled Court (the Honorable Christina A. Snyder, United States District Judge, presiding) and a duly empanelled jury; and

WHEREAS the trial of the consolidated actions was previously bifurcated by the Court, and Phase I of the trial was duly tried before the jury; and

WHEREAS on December 12, 2014, the jury rendered its verdict as follows:

1. In favor of Defendant International Paper Company ("International Paper") and against Plaintiffs Daniel Farris, Jared Andresen, John Duffy, and Yeghia Bekiarian (collectively "Plaintiffs") on Plaintiffs' claims for vacation wages pursuant to California Labor Code § 227.3 and for waiting-time penalties pursuant to California Labor Code §§ 202 and 203;

2. In favor of International Paper and against Andresen on Andresen's claim for severance pay;

3. In favor of Duffy and against International Paper on Duffy's claim for failure to pay commissions in the amount of $8,148.48.

WHEREAS Phase II of the trial, concerning International Paper's counterclaim and Third Party Complaint against Bekiarian and Bekiarian's counterclaim and counterclaim-in-reply against International Paper, was mooted as a result of the jury's verdict and thus did not proceed;

WHEREAS the Court dismissed the jury on December 15, 2014; and

WHEREAS the Court accordingly dismissed International Paper's counterclaim and Third Party Complaint against Bekiarian on December 16, 2014;

**NOW, IN LIGHT OF THE FOREGOING, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment is entered as follows:

1. In favor of International Paper and against Farris on all of Farris's claims;

2. In favor of International Paper and against Andresen on all of Andresen's claims;

3. In favor of Duffy and against International Paper in the amount of $8,148.48 on Duffy's claim for commissions, and in favor of International Paper and against Duffy on all of Duffy's remaining claims;

4. In favor of International Paper and against Bekiarian on all of Bekiarian's claims; and

5. The special verdict, and the jury's judgment thereon, is approved by the Court.

DATED: April 2, 2015          By: *Christina A. Snyder*
                                  Hon. Christina A. Snyder
                                  United States District Court Judge

LA:374588.2