1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JARED ANDRESEN, an individual; YEGHIA BEKIARIAN, an individual; and JOHN DUFFY, and individual,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY dba CONTAINER THE AMERICAS, a New York Corporation; and DOES 1 through 50; inclusive,<br><br>Defendants.<br>------------------------------------------------<br>AND RELATED ACTION AND CROSS-ACTION. | **CASE NO. 2:13-cv-02079-CAS-SP**<br>**Related to No. 5:13-cv-00485-CAS-SP**<br><br>[*Assigned to Courtroom 5 – Honorable Christina A. Snyder, Judge*]<br><br>[~~**PROPOSED**~~] **AMENDED JUDGMENT**<br><br>Complaint filed: February 13, 2014<br>Trial Date: December 2, 2014 |

WHEREAS on December 2, 2014, the above-captioned consolidated actions came on for trial before the above-entitled Court (the Honorable Christina A. Snyder, United States District Judge, presiding) and a duly empaneled jury; and

WHEREAS the trial of the consolidated actions was previously bifurcated by the Court, and Phase I of the trial was duly tried before the jury; and

WHEREAS on December 12, 2014, the jury rendered its verdict as follows:

1. In favor of Defendant International Paper Company ("International Paper") and against Plaintiffs Daniel Farris, Jared Andresen, John Duffy, and Yeghia Bekiarian (collectively "Plaintiffs") on Plaintiffs' claims for vacation wages pursuant to California Labor Code § 227.3 and for waiting-time penalties pursuant to California Labor Code §§ 202 and 203;

2. In favor of International Paper and against Andresen on Andresen's claim for severance pay;

3. In favor of Duffy and against International Paper on Duffy's claim for failure to pay commissions in the amount of $8,148.48

WHEREAS Phase II of the trial, concerning International Paper's counterclaim and Third Party Complaint against Bekiarian and Bekiarian's counterclaim and counterclaim-in-reply against International Paper, was mooted as a result of the jury's verdict and thus did not proceed;

WHEREAS the Court dismissed the jury on December 15, 2014;

WHEREAS the Court accordingly dismissed International Paper's counterclaim and Third Party Complaint against Bekiarian on December 16, 2014;

NOW, IN LIGHT OF THE FOREGOING, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment is entered as follows:

1. In favor of International Paper and against Farris on all of Farris's claims;

2. In favor of International Paper and against Andresen on all of Andresen's claims;

3. In favor of Duffy and against International Paper in the amount of $8,148.48 on Duffy's claim for commissions plus prejudgment and post judgment interest, and in favor of International Paper and against Duffy on all of Duffy's remaining claims;

4. In favor of International Paper and against Bekiarian on all of Bekiarian's claims;

5. The special verdict, and the jury's judgment thereon, is approved by the Court;

6. Plaintiffs Duffy, Andresen, and Bekiarian are ordered to pay International Paper $44,819.08 in costs plus post judgment interest; and

7. International Paper is ordered to pay Plaintiff Duffy's attorneys' fees in the amount of $159,330, and $13,125.53 in costs, plus post judgment interest.

DATED: July 23, 2015           By: *Christina A. Snyder*

                                          Hon. Christina A. Snyder
                                          United States District Court Judge